IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE C. CUYLER, JR.,

    Plaintiff,

vs.                                           Case No. 4:12cv453-RH/CAS

JEFFERSON COUNTY SHERIFF
DEPARTMENT, et al.,

    Defendants.

_____/

## AMENDED REPORT AND RECOMMENDATION

The Clerk's Office has advised that Plaintiff questioned the report and recommendation entered in this case on October 11, 2012. Although no written document has been filed in this case, either a motion for reconsideration or objections, this Report and Recommendation is amended sua sponte to ease the process of review by the District Judge. The recommendation, however, remains the same, that is, the amended in forma pauperis motion submitted by Plaintiff Willie C. Cuyler, Jr., should be denied.

Ruling was deferred on the initial in forma pauperis motion, doc. 2, because the motion and complaint indicated there were multiple Plaintiffs proceeding pro se in this case. Doc. 4. An Order advised that an in forma pauperis motion must be submitted for

each named Plaintiff in this case. Doc. 4. On October 2nd, an amended complaint was filed in this case listing just one person as Plaintiff. Doc. 5. Additionally, an in forma pauperis motion was filed which also, properly, was for just one Plaintiff. After review, a report and recommendation was entered which prompted a visit from Plaintiff to the Clerk's Office.

It now appears that there is confusion in this case and this amended report and recommendation is entered. If Plaintiff believes this amended report and recommendation is incorrect, Plaintiff may *file* a motion for reconsideration. In the future, no action will be taken in this case through conversations conveyed to the Clerk's Office for communication to Chambers.

When the amended documents were reviewed, that review was made by reading the actual documents submitted and not just by review of the electronic documents. Plaintiff had submitted a large stage of documents containing numerous service copies, and not all documents were properly fastened together. What the Court reviewed was an amended complaint brought in the name of Willie C. Cuyler, Jr. Review of the large stack of copies indicates there are six copies of an complaint, all in original handwriting, for Plaintiff Willie C. Cuyler, Jr. However, in review of this case in light of Plaintiff's recent communication reveals that on the Court's electronic docket, the amended complaint is submitted only by Willie C. Cuyler. Doc. 5. In the stack of documents Plaintiff submitted, there is just one complaint submitted for Willie C. Cuyler. When the report and recommendation was entered, the Court had not seen the single complaint by Willie C. Cuyler, but only the six copies of the complaint submitted by Willie C. Cuyler, Jr.

Case No. 4:12cv453-RH/CAS

Furthermore, the amended in forma pauperis that was reviewed, again from the stack of documents and not by looking only at the electronic docket, was submitted by Willie C. Cuyler, Jr.  Closer review indicates there are actually six original amended in forma pauperis motions submitted by Willie C. Cuyler, Jr., and six original amended in forma pauperis motions submitted by Willie C. Cuyler.  The original report and recommendation, doc. 8, referenced document 7, but that now appears to be the amended in forma pauperis motion submitted by Willie C. Cuyler.

The confusion in this case resulted from the submission of numerous original documents with original signatures instead of one clear original document intended to be filed and photocopied copies of that document.  Furthermore, because the six copies of the amended complaint submitted and reviewed listed only one Plaintiff (Willie C. Cuyler, Jr.), and the one copy of the amended complaint submitted by Willie C. Cuyler was overlooked, it was believed that this case proceeded with only one Plaintiff.  It is still not clear whether or not this single case is brought by one Plaintiff or two.[1]  Furthermore, complication arose from the fact that multiple copies of in forma pauperis motions should not have been submitted because they are not used in service of process.  It was doc. 7, and it appears this case now proceeds with Willie C. Cuyler, Jr. as the only plaintiff.

What is clear, however, is that the amended in forma pauperis motion, doc. 9, of Plaintiff Willie C. Cuyler, Jr. has been reviewed.  Plaintiff is single with no dependants.

---

[1] If this case was *intended* to proceed with two Plaintiffs, Willie C. Cuyler and Willie C. Cuyler, Jr., they must file *one* second amended complaint which lists both persons as Plaintiffs in this case.  Otherwise, submitting separate complaints suggests this case will proceed with one Plaintiff and a separate case should be opened for the second Plaintiff.

*Id.* at 3.  Plaintiff is employed and reports earnings of $1,500.00 per month.  *Id.*  Plaintiff does not own property, has no vehicle, and pays no mortgage or rent.  His reported monthly debts and payments are $355.00.  *Id.* at 4.  Thus, Plaintiff Willie C. Cuyler, Jr. has adequate funds with which to pay the $350.00 filing fee for this case.  It is recommended that the amended in forma pauperis motion for Willie C. Cuyler, Jr., doc. 9, be denied and Plaintiff be required to submit payment of the filing fee to proceed in this civil rights action.[2]

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff Willie C. Cuyler, Jr.'s amended in forma pauperis motion, doc. 9, be **DENIED** because Plaintiff has adequate funds with which to pay the filing fee for this case and that Willie C. Cuyler, Jr. be provided fifteen days after adoption of this amended report and recommendation to submit payment of the filing fee if he desires to proceed with this case.

**IN CHAMBERS** at Tallahassee, Florida, on October 18, 2012.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

---

[2] Plaintiff is advised that if this report and recommendation is adopted, he will be provided a period of time in which to submit payment of the filing fee.  Until that fee is paid, no further action will take place in this case.  Should Plaintiff not pay the fee, this case will be dismissed.

Case No. 4:12cv453-RH/CAS

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**