IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE C. CUYLER, JR.,

    Plaintiff,

v.                                    CASE NO. 4:12cv453-RH/CAS

JEFFERSON COUNTY SHERIFF
DEPARTMENT et al.,

    Defendants.

_____/

ORDER DENYING LEAVE TO PROCEED
*IN FORMA PAUPERIS* AND SETTING A
DEADLINE TO PAY THE FILING FEE

This case is before the court on the magistrate judge's amended report and recommendation, ECF No. 10. No objections have been filed. Upon consideration,

IT IS ORDERED:

The amended report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for leave to proceed in forma pauperis, ECF No. 9, is

DENIED. The plaintiff must pay the filing fee by December 28, 2012. If he fails to do so, the case will be dismissed.

SO ORDERED on December 5, 2012.

s/Robert L. Hinkle
United States District Judge